The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN DIPHILIPO, derivatively on behalf of MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN A. BALLMER, DINA D. DUBLON, WILLIAM H. GATES III, MARIA M. KLAWE, STEPHEN J. LUCZO, DAVID F. MARQUARDT, CHARLES H. NOSKI, HELMUT PANKE, JOHN W. THOMPSON, PETER S. KLEIN, BRAD SMITH, and B. KEVIN TURNER,<br><br>　　　　　　　Defendants,<br><br>And<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Nominal Defendant. | No. 2:14-cv-00586-JCC<br><br>NOTICE OF APPEARANCE |

TO:         Clerk of the Court,

AND TO:   All Parties of Record

　　　PLEASE TAKE NOTICE that Steven A. Ballmer, Dina D. Dublon, William H. Gates III, Maria M. Klawe, Stephen J. Luczo, David F. Marquardt, Charles H. Noski, Helmut Panke, John W. Thompson, Peter S. Klein, Brad Smith, and B. Kevin Turner, individual defendants in the above-entitled matter, hereby make and enter their appearances in this action by their undersigned

NOTICE OF APPEARANCE (2:14-cv-00586-JCC) — 1
DWT 24067287v1 0050033-001664

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

attorneys and request that all future papers or pleadings, except original process, be served upon their attorneys at the address stated below.

DATED this 29th day of April, 2014.

          Davis Wright Tremaine LLP
          *Attorneys for the Individual Defendants*


By *s/ Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168

By *s/ Brendan T. Mangan*
   Brendan T. Mangan, WSBA #17231

By *s/ Candice M. Tewell*
   Candice M. Tewell, WSBA #41131
   1201 Third Avenue, Suite 2200
   Seattle, WA  98101-3045
   Telephone: 206-622-3150
   Fax: 206-757-7700
   E-mail: steverummage@dwt.com
   Email:  brendanmangan@dwt.com
   E-mail: candicetewell@dwt.com

NOTICE OF APPEARANCE (2:14-cv-00586-JCC) — 2
DWT 24067287v1 0050033-001664

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2014, I filed the foregoing with the court and I caused to be served a true and correct copy of the following document(s) by the method indicated below and addressed as follows

| | |
|---|---|
| Daniel J. Dunne, Jr.<br>George E. Greer<br>Charles J. Ha<br>Orrick Herrington & Sutcliffe LLP<br>701 Fifth Ave., Ste 5600<br>Seattle, WA 98104<br>206-839-4300<br>ddunne@orrick.com<br>ggreer@orrick.wom<br>charlesha@orrick.com | ☐ U.S. MAIL<br>☐ LEGAL MESSENGER<br>☒ COURT'S CM/ECF SYSTEM<br>☐ HAND DELIVERED<br>☐ EXPRESS DELIVERY<br>☐ FACSIMILE |
| Richard A. Maniskas<br>Kathrine Ryan<br>Ryan & Maniskas, LLP<br>995 Old Eagle School Road, Ste 311<br>Wayne, PA 19087<br>484-588-5516<br>rmaniskas@rmclasslaw.com<br>kryan@rmclasslaw.com | ☐ U.S. MAIL<br>☐ LEGAL MESSENGER<br>☒ COURT'S CM/ECF SYSTEM<br>☐ HAND DELIVERED<br>☐ EXPRESS DELIVERY<br>☐ FACSIMILE |
| Duncan Calvert Turner<br>Badgley Mullins Turner PLLC<br>19929 Ballinger Way NE, Ste 200<br>Seattle, WA 98155<br>206-621-6566<br>duncanturner@badgleymullins.com | ☐ U.S. MAIL<br>☐ LEGAL MESSENGER<br>☒ COURT'S CM/ECF SYSTEM<br>☐ HAND DELIVERED<br>☐ EXPRESS DELIVERY<br>☐ FACSIMILE |

DATED this 29th day of April, 2014.

*s/Candice M. Tewell*
Candice M. Tewell

NOTICE OF APPEARANCE (2:14-cv-00586-JCC) — 3
DWT 24067287v1 0050033-001664

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax